UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## Nos. <u>23-1633</u>, <u>23-1634</u>, & <u>23-1641</u>

Delaware State Sportsmen's Association, Inc.; Bridgeville Rifle & Pistol Club, Ltd.; Delaware Rifle and Pistol Club; Delaware Association of Federal Firearms Licensees; Madonna M. Nedza; Cecil Curtis Clements; James E. Hosfelt, Jr.; Bruce C. Smith; Vickie Lynn Prickett; and Frank M. Nedza,

Appellants in No. 23-1641

v.

Delaware Department of Safety and Homeland Security; Cabinet Secretary Delaware Department of Safety and Homeland Security; Superintendent Delaware State Police

(D. Del. No. 1:22-cv-00951)

---

Gabriel Gray; William Taylor; DJJAMS LLC; Firearms Policy Coalition, Inc.; and Second Amendment Foundation,

Appellants in No. 23-1633

v.

Attorney General Delaware

(D. Del. No. 1:22-cv-01500)

---

Christopher Graham; Owen Stevens; Firearms Policy Coalition, Inc.; and Second Amendment Foundation,

Appellants in No. 23-1634

v.

Attorney General Delaware

(D. Del. No. 1:23-cv-00033)

**ORDER**

These appeals are consolidated for the purposes of scheduling, a single joint appendix, and disposition.

The Court disfavors redundant briefing.  Although the appellants are not all jointly represented, they appear similarly situated and jointly litigated parts of the district-court proceedings.  They are therefore encouraged to file a single consolidated brief addressing all three appeals or, at a minimum, coordinate briefing and adopt portions of other briefs by reference.  See Fed. R. App. P. 28(i).  The jointly represented appellees, who litigated together in the district court, must file a single consolidated response brief addressing all three appeals.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 7, 2023
JK/cc:  All Counsel of Record