# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1633, 23-1634, 23-1641

Delaware State Sportsmens Ass'n, Inc.　vs.　Delaware Dep't of Safety & Homeland Security, et al.

Calendar Date: 03/11/2024　　Location: Philadelphia

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Erin E. Murphy

Designation of Arguing Counsel: Erin E. Murphy

Member of the Bar: ☑ Yes　　☐ No

Representing (check only one):

☐ Petitioner(s)　　☐ Appellant(s)　　☐ Intervenor(s)

☐ Respondent(s)　　☑ Appellee(s)　　☐ Amicus Curiae

Please list the name of the lead party being represented:

Bridgeville Rifle & Pistol Club Ltd.

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)