UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1633

Delaware State Sportsmens Association Inc., et al. vs. Delaware Department of Safety and Homeland Security, et al.

Calendar Date: March 11, 2024            Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: David E. Ross

Designation of Arguing Counsel: David E. Ross

Member of the Bar:  ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)    ☐ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)   ☑ Appellee(s)     ☐ Amicus Curiae

Please list the name of the lead party being represented:

Delaware Department of Safety and Homeland Security, et al.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)