OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 16, 2024

| | |
|---|---|
| Anna M. Barvir, Esq. | Garrett B. Moritz, Esq. |
| William V. Bergstrom, Esq. | Erin E. Murphy, Esq. |
| Mariel A. Brookins, Esq. | John D. Ohlendorf, Esq. |
| Angela Cai, Esq. | Peter A. Patterson, Esq. |
| Janet Carter, Esq. | Francis G.X. Pileggi, Esq. |
| Paul D. Clement, Esq. | David E. Ross, Esq. |
| Scott A. Eisman, Esq. | Matthew Rowen, Esq. |
| Stephen P. Halbrook, Esq. | Zi-Xiang Shen, Esq. |
| David B. Kopel, Esq. | David H. Thompson, Esq. |
| Bradley Lehman, Esq. | Peter M. Torstensen Jr., Esq. |
| Carl D. Michel | Kenneth L. Wan, Esq. |

RE: Delaware State Sportsmens Association Inc, et al v. Delaware Department of Safety and Homeland Securit, et al
Case Number: 23-1633, 23-1634, 23-1641
District Court Case Number: 1-22-cv-00951; et al.

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Monday, March 11, 2024**. Counsel will be allotted **25 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **1:30 p.m.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom, (19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA.)** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument. If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

**Per the Court, the time will the divided as shown below: (25 minutes each side)**
**Appellants (15 minutes), Amicus National Shooting Sports Foundation (10 minutes)**
**Appellees (15 minutes), Amicus Massachusetts; et al. (10 minutes)**

Appellants and Appellees are asked to provide a very brief summary of the issues in the case by docketing the **Summary of Oral Argument** event, located in the **Argument Notices & Acknowledgements** category, within five (5) days. This is part of a program to provide the public with information about the Court's cases. Both summaries will be posted on the Court internet site prior to the argument date.

Audio of all arguments are posted on the Court's internet website shortly after the conclusion of arguments for the day. In addition, the Court may direct that video of oral argument[1] in cases that are of significant interest to the public, the bar or the academic community be posted on the website. In order to assist the Court in this determination, Appellants and Appellees will be asked when providing the summary of oral argument whether they recommend that video be posted or whether they object to the posting of video. Whether video is posted is within the sole discretion of the judges hearing oral argument. The panel of the Court will determine after oral argument whether video of any argument should be posted. Attorneys will be notified if video will be posted and given a further opportunity to object by close of business the next day.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **BIBAS, MONTGOMERY-REEVES and ROTH, Circuit Judges.**

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Ashley M. Ritz*

Ashley Ritz
Calendar Clerk
267-299-4947

---

[1] Only arguments scheduled in the Albert Branson Maris and Collins J. Seitz courtrooms in Philadelphia, PA are video recorded.