OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 26, 2024

| | |
|---|---|
| Anna M. Barvir, Esq. | Garrett B. Moritz, Esq. |
| William V. Bergstrom, Esq. | Erin E. Murphy, Esq. |
| Mariel A. Brookins, Esq. | John D. Ohlendorf, Esq. |
| Angela Cai, Esq. | Peter A. Patterson, Esq. |
| Janet Carter, Esq. | Francis G.X. Pileggi, Esq. |
| Paul D. Clement, Esq. | David E. Ross, Esq. |
| Scott A. Eisman, Esq. | Matthew Rowen, Esq. |
| Jeremy Feigenbaum, Esq. | Zi-Xiang Shen, Esq. |
| Stephen P. Halbrook, Esq. | David H. Thompson, Esq. |
| David B. Kopel, Esq. | Peter M. Torstensen Jr., Esq. |
| Bradley Lehman, Esq. | Kenneth L. Wan, Esq. |
| Carl D. Michel, | |

RE: Delaware State Sportsmens Association Inc; et al. v. Delaware Department of Safety and Homeland Securit; et al.
Case Number: 23-1633; et al.
District Court Case Number: 1-22-cv-00951; et al.

Dear Counsel:

     At the direction of the Court, in addition to the issues discussed in their briefing, at oral argument, the parties shall be prepared to address all the injunctive factors: not only the likelihood of success on the merits, but also the likelihood of irreparable injury, the balance of equities, and the public interest. See Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008).

RE: Delaware State Sportsmens Association Inc; et al. v. Delaware Department of Safety and Homeland Securit; et al.
Case Number: 23-1633; et al.
District Court Case Number: 1-22-cv-00951; et al.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Ashley Ritz
Calendar Clerk
267-299-4947