UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 23-1633, 23-1634 & 23-1641
_____

DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC.;
BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.;
DELAWARE RIFLE & PISTOL CLUB;
DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES;
MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR.;
BRUCE C. SMITH; VICKIE LYNN PRICKETT; FRANK M. NEDZA,
       Appellants in No. 23-1641

v.

DELAWARE DEPARTMENT OF SAFETY & HOMELAND SECURITY;
CABINET SECRETARY, DELAWARE DEPARTMENT OF SAFETY & HOMELAND
SECURITY; SUPERINTENDENT, DELAWARE STATE POLICE

_____

GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC;
FIREARMS POLICY COALITION, INC.;
SECOND AMENDMENT FOUNDATION,
       Appellants in No. 23-1633

v.

ATTORNEY GENERAL OF DELAWARE

_____

CHRISTOPHER GRAHAM; OWEN STEVENS;
FIREARMS POLICY COALITION, INC.;
SECOND AMENDMENT FOUNDATION,
       Appellants in No. 23-1634

v.

ATTORNEY GENERAL OF DELAWARE

_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Nos. 1:22-cv-00951; 1:22-cv-01500; 1:23-cv-00033)
District Judge: Honorable Richard G. Andrews
_____

Argued: March 11, 2024

Before: BIBAS, MONTGOMERY-REEVES, and ROTH, *Circuit Judges*

_____

JUDGMENT

_____

These causes came to be considered on the record from the U.S. District Court for the District of Delaware and were argued on March 11, 2024.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on March 27, 2023, is **AFFIRMED**. Costs will be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 15, 2024

**Certified as a true copy and issued in lieu of a formal mandate on   08/06/2024**

**Teste:** *[signature]*
**Clerk, U.S. Court of Appeals for the Third Circuit**