OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



August 6, 2024

Randall C. Lohan
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N King Street
Wilmington, DE 19801

RE: Delaware State Sportsmens Association Inc, et al v. Delaware Department of Safety and Homeland Securit, et al
Case Number: 23-1633, 23-1634, 23-1641
District Court Case Number: 1-22-cv-00951
District Court Case Number: 1-22-cv-01500
District Court Casse Number: 1-23-cv-00033

Dear District Clerk

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment shows costs taxed, if any.

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King

Case Manager
Direct Dial: 267-299-4958

cc: Anna M. Barvir, Esq.
William V. Bergstrom, Esq.
Mariel A. Brookins, Esq.
Angela Cai, Esq.
Janet Carter, Esq.
Paul D. Clement, Esq.
Scott A. Eisman, Esq.
Jeremy Feigenbaum, Esq.
Stephen P. Halbrook, Esq.
David B. Kopel, Esq.
Bradley Lehman, Esq.
Carl D. Michel,
Garrett B. Moritz, Esq.
Erin E. Murphy, Esq.
John D. Ohlendorf, Esq.
Peter A. Patterson, Esq.
Francis G.X. Pileggi, Esq.
David E. Ross, Esq.
Matthew Rowen, Esq.
David H. Thompson, Esq.
Peter M. Torstensen Jr., Esq.
Kenneth L. Wan, Esq.